No. 04–8941. JOHNSON v. FATKIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–8943. JONES v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 04–8944. SLOANE v. PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–8948. EYAJAN v. SMITH ET AL. Ct. App. Ohio, Ashtabula County. Certiorari denied.

No. 04–8952. SUMBRY v. SHARP ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–8953. RAY v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 04–8955. REDDEN v. RAFFERTY, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8964. MITCHELL v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–8968. KEELING v. SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8977. WATERS v. SCHWARTZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8978. DJAP v. GONZALES, ATTORNEY GENERAL. C. A. 10th Cir. Certiorari denied.

No. 04–8981. COOK v. SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8988. WILLIAMS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 04–8997. MCBANE v. REILLY, NASSAU COUNTY CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.